UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERICK CLAY (#441751)

VERSUS

CHAD OUBER, ET AL

CIVIL ACTION

NUMBER 08-748-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the defendants' motion to dismiss shall be denied.[1]

Baton Rouge, Louisiana, March 18, 2009.

                                  _____
                                  FRANK J. POLOZOLA
                                  MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 15.

Doc#45897