UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERICK CLAY (#441751)

VERSUS                                      CIVIL ACTION

CHAD OUBER, ET AL                           NUMBER 08-748-FJP-SCR

<u>ORDER</u>

IT IS ORDERED that this case is assigned for a pretrial conference on **April 6, 2010, at 10:00 a.m.**  This pretrial conference will be conducted using video conferencing facilities at Louisiana State Penitentiary, Angola, Louisiana.  The parties shall file their respective portions of the pretrial order and serve a copy on the opposing parties by April 1, 2010.  Because the parties will not be able to exchange documents during the pretrial conference, they must file their respective portions of the pretrial order and serve a copy on the opposing party timely.  Failure to do so may result in the party being denied the opportunity to call witnesses or introduce documents.  **Although the parties are being provided copies of both the plaintiff and defendant pretrial order inserts, the plaintiff shall file only the plaintiff's portion of the pretrial order and the defendants shall file only the defendants' portion of the pretrial order.**

IT IS FURTHER ORDERED that the Warden of Louisiana State Penitentiary produce plaintiff **Derick Clay #441751** in the video conferencing facilities at Louisiana State Penitentiary, for the

USM for Warden at LSP

pretrial conference.

IT IS FURTHER ORDERED that the Warden of Louisiana State Penitentiary or his designee shall initiate the video conference call at **9:45 a.m.**

IT IS FURTHER ORDERED that the Warden of Louisiana State Penitentiary notify the Department of Corrections Information Services of the date, time and location of this conference in order to make the proper connections.

IT IS FURTHER ORDERED that counsel for the defendant shall report to the court's video conferencing facility located in Room 274 on the second floor of the Russell B. Long Federal Building and Courthouse, 777, Florida Street, Baton Rouge, Louisiana 70801.

Baton Rouge, Louisiana, March 2, 2010.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERICK CLAY   (#441751)                    CIVIL ACTION

VERSUS                                     NUMBER 08-748-FJP-SCR

CHAD OUBER, ET AL

**PRETRIAL ORDER**

Plaintiff: DERICK CLAY   (#441751)
           Louisiana State Penitentiary
           Angola, LA 70712

1.        PLAINTIFF'S CLAIM: (State briefly what injury or wrong was done to
          you, the date it happened, who was to blame for it, and what you want
          the Court to do for you.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

2.      CONTESTED FACTS:  (List those facts which you and the defendants disagree about.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

3.      CONTESTED ISSUES OF LAW:  (List those legal issues which you and the defendants disagree about.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.      PLAINTIFF'S EXHIBIT'S:  (On the left side, state the name of, or describe each item you will introduce as evidence at trial. On the right side, state what you expect it to prove.)

Exhibit (item)                          What it will prove

1.   _____        _____

     _____        _____

                                         _____

                                         _____

Exhibit (item)                          What it will prove

2. _____          _____
   _____          _____
                                     _____
                                     _____

3. _____          _____
   _____          _____
                                     _____
                                     _____

4. _____          _____
   _____          _____
                                     _____
                                     _____

5.      PLAINTIFF'S WITNESSES:  (On the left side, state your name and
        address of each witness you will call at trial.  If the witness is an
        inmate, state his prison number, if known.  On the right side, state the
        subject of each witnesses' testimony, that is, what he will talk about.
        If more space is needed, attach another sheet of paper.)

   **Witness**                              **Subject of Testimony**

1. Name: _____          _____
   Address: _____       _____
   _____        _____
   Prison #: _____      _____

2. Name: _____          _____
   Address: _____       _____
   _____        _____
   Prison #: _____      _____

3. Name: _____          _____
   Address: _____       _____
   _____        _____
   Prison #: _____      _____

| **Witness** | **Subject of Testimony** |
|---|---|

4.    Name: _____    _____

      Address: _____    _____

      _____    _____

      Prison #: _____    _____

5.    Name: _____    _____

      Address: _____    _____

      _____    _____

      Prison #: _____    _____

_____      _____
DATE                              DERICK CLAY   (#441751)

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERICK CLAY  (#441751)                    CIVIL ACTION

VERSUS                                    NUMBER 08-748-FJP-SCR

CHAD OUBER, ET AL


**PRETRIAL ORDER**

Counsel for Defendant: (Here put your name and Address)


1.      DEFENDANT'S CLAIM: (State briefly what your defense(s) is to plaintiff's claim).

        _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____


2.      CONTESTED FACTS:  (List those facts which you and the plaintiff disagree about.)

        _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____

3.      CONTESTED ISSUES OF LAW:  (List those legal issues which you
        and the plaintiff disagree about.)

        _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____


4.      DEFENDANT'S EXHIBIT'S:  (On the left side, state the name of, or
        describe each item you will introduce as evidence at trial. On the right
        side, state what you expect it to prove.)

        Exhibit (item)                          What it will prove

   1.   _____              _____

        _____              _____

                                         _____

                                         _____


   2.   _____              _____

        _____              _____

                                         _____

                                         _____


   3.   _____              _____

        _____              _____

                                         _____

                                         _____


   4.   _____              _____

        _____              _____

                                         _____

                                         _____

5.      DEFENDANT'S WITNESSES:  (On the left side, state your name and
        address of each witness you will call at trial.  On the right side, state
        the subject of each witnesses' testimony, that is, what he will talk
        about.  If more space is needed, attach another sheet of paper.)

**Witness**                                          **Subject of Testimony**

1.  Name: _____      _____
    Address: _____      _____
    _____      _____

2.  Name: _____      _____
    Address: _____      _____
    _____      _____

3.  Name: _____      _____
    Address: _____      _____
    _____      _____

4.  Name: _____      _____
    Address: _____      _____
    _____      _____

5.  Name: _____      _____
    Address: _____      _____
    _____      _____

_____      _____
DATE                         COUNSEL FOR DEFENDANT